## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **JAMES COLUMBIA, II,** | ) | |
| | ) | |
| **individually, and on behalf of himself and all other similarly situated current and former employees,** | ) ) ) ) | **Case No.: 3:18-cv-00302** |
| | ) | |
| **Plaintiff,** | ) | **Judge:  Rebecca Grady Jennings** |
| | ) | **Magistrate:  Dave Whalin** |
| **v.** | ) | |
| | ) | **Jury Demand** |
| **FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF BARDSTOWN, LLC,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Flowers Foods, Inc. and Flowers Baking Co. of Bardstown , LLC, (collectively "Defendants") and Plaintiff James Columbia, II ("Plaintiff") (collectively "the parties")  notify the Court that the parties' settlement agreement was approved on February 27, 2019, in the consolidated lawsuit *Matthew Green, et al. v. Flowers Foods, Inc., et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, Eastern Division in the order attached as Exhibit 1. Accordingly, the parties request that the Court dismiss this case with prejudice pursuant to the proposed Order of Dismissal with Prejudice submitted contemporaneously with this Stipulation of Dismissal.  The parties will bear their own fees and costs, except as otherwise indicated in the Settlement Agreement.

1

DATED: March 13, 2019          Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/  Wendy V. Miller*
Wendy Miller, KY Bar No. 96052
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908
wendy.miller@odnss.com

**COUNSEL FOR DEFENDANTS FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF BARDSTOWN, LLC**

GLASSMAN EDWARDS WADE & WYATT, PC

Lori J. Keen
26 N. Second Street
Memphis, TN 38103-2602
901-527-4673
Fax: 901-521-0940
Email: lkeen@gwtclaw.com

JACKSON, SHIELDS, YEISER & HOLT

*/s/ Paula Jackson (w/permission)*
Gordon Jackson
Russ Bryant
Paula Jackson
262 German Oak Drive
Memphis, TN 38018

WEINMAN THOMAS LAW FIRM

Michael L. Weinman
112 S. Liberty Street, Suite 321
Jackson, TN 38302

**COUNSEL FOR PLAINTIFF
JAMES COLUMBIA II**

2