# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **JAMES COLUMBIA, II,** | )<br>) |
| individually, and on behalf of himself and all other similarly situated current and former employees, | )<br>)<br>)<br>) Case No.: 3:18-cv-00302 |
| Plaintiff, | )<br>) Judge: Rebecca Grady Jennings<br>) Magistrate: Dave Whalin |
| v. | )<br>) |
| **FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF BARDSTOWN, LLC,** | ) **Jury Demand**<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green, et al. v. Flowers Foods, Inc., et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by Plaintiff and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: _____